NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDICIS PHARMACEUTICAL CORPORATION**
*Plaintiff-Appellant,*

**v.**

**ACELLA PHARMACEUTICALS, LLC**
*Defendant-Appellee.*

---

2012-1106

---

Appeal from the United States District Court for the District of Arizona in case no. 10-CV-1780, Judge James A. Teilborg.

---

## JUDGMENT

---

WILLIAM J. MCNICHOL, JR., Reed Smith, LLP, of Philadelphia, Pennsylvania, argued for plaintiff-appellant. Of counsel was MARYELLEN FEEHERY HANK.

RAY K. HARRIS, Fennemore Craig, P.C., of Phoenix, Arizona, argued for defendant-appellee. With him on the brief was RYAN A. KURTZ, Miller & Martin PLLC, of Atlanta, Georgia.

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (MOORE, BRYSON, AND O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 11, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |